# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| STEVEN RAY LUDLAM, | * |
| | * |
| Petitioner, | * |
| v. | * |
| | *   No. 5:10-cv-00277-SWW-JJV |
| RAY HOBBS, Director, Arkansas | * |
| Department of Correction, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 14th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE